In the Matter of ALBERT HALSEY, an Attorney.— Motion to disbar

granted, and respondent's name stricken from the roll of attorneys. Present — Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ.